**No. 69735.**—Robert Bosch Corp. *v.* United States, protest 60/20624 (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

**No. 69736.**—Kaiser Reismann Corp. *v.* United States, protests 65/7238 and 65/7240 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of perlon filaments similar in all material respects to the synthetic filaments the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

Before the Second Division, January 13, 1966

**No. 69737.**—Van Oppen & Co., Inc. *v.* United States, protest 65/7359 (New York).

Opinion by Rao, C.J. It appearing from the official papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.